

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00887-CR

Damion Bryce **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5703
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice

Delivered and Filed: December 6, 2023

DISMISSED FOR LACK OF JURISDICTION

On October 3, 2023 appellant filed his notice of appeal stating his intent to appeal a sentence imposed on September 11, 2023. A review of the clerk's record showed it did not include any judgment entered on that date. It did, however, include a September 25, 2023 motion to dismiss the criminal action, filed by the Bexar County district attorney. The trial court granted the motion the same day and dismissed the criminal action.

As a general rule, a criminal defendant's right of appeal is limited to an appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. art. 44.02; *see also State v. Sellers*, 790

S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990) ("A defendant's general right to appeal under [article 44.02] and its predecessors has always been limited to appeal from a 'final judgment,' though the statute does not contain this limitation on its face."). Moreover, "[t]he courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). And a criminal defendant is not permitted to appeal a trial court's order dismissing a charge against him. *See Bohannan v. State*, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd) (dismissing for lack of jurisdiction a defendant's appeal from an order dismissing the criminal charges filed against him).

Because it appeared we do not have jurisdiction to consider this appeal, we ordered appellant to show cause no later than November 2, 2023 why this appeal should not be dismissed for lack of jurisdiction. We admonished appellant that if he failed to satisfactorily respond to this order within the time provided, the appeal would be dismissed. Appellant has not filed a response.

Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH